ALEXANDER RICH, Respondent, *v.* THE MANHATTAN RAILWAY Co. et al., Appellants.

APPEAL from judgment in favor of plaintiff.

*Leo C. Dessar* (*Edwin M. Felt,* of counsel), for appellants.

*Davies & Rapallo* (*Julien T. Davies* and *Brainard Tolles,* of counsel), for respondent.

*Per Curiam.* The law of the case is settled by the decision of the former General Term upon the appeal from the interlocutory judgment in this action (*Rich* v. *Manhattan Railway Co.,* 19 N. Y. Supp. 543; 46 N. Y. St. Repr. 673); and as this appeal from the final judgment, rendered in accordance with that decision, presents no different state of facts, and no new question of law, the judgment will be affirmed.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Judgment affirmed, with costs.